FILED

2020 MAR 11  PM 3: 16

1  Robert Lee Manning Jr.
   14029 S. Hawthorne Blvd.
2  Hawthorne, CA, 90250
   (213) 570-2518
3  connectedtothemoney@gmail.com
   Robert Lee Manning Jr. / June
4
5  Attorney or Party, In Pro Per

6

7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13  Robert Lee Manning Jr, a.k.a. June,      )        CASE NO.:
                                             )
14              Plaintiff,                    )     CV20-02353-SVW-JPR
                                             )
15  Space Explorations Technologies Corporation,
16  a.k.a. Space X, Elon Musk, an individual,
                                                      Causes of action (s)
17                                                    1. Employment Discrimination
    And does 1 through 10,                            2. Fraud
18
19              Defendants.          )        **Title VII of the Civil Rights Act of 1964**
20                                            18 USC § 1341
21                                            **Labor Code 1102.5 (a) thru (f)**
22
23
24                                   )
                                     )
25  _____

26

27                    __JURISDICTION I__
28

- 1 COMPLAINT

**This Court has jurisdiction under: Title VII of the Civil Rights Act of 1964.**

**UNLAWFUL EMPLOYMENT PRACTICES**

SEC. 2000e-2. *[Section 703], in part:*

(a) Employer practices

It shall be an unlawful employment practice for an employer -

(1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

(b) Employment agency practices

It shall be an unlawful employment practice for an employment agency to fail or refuse to refer for employment, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin, or to classify or refer for employment any individual on the basis of his race, color, religion, sex, or national origin.

(c) Labor organization practices

It shall be an unlawful employment practice for a labor organization-

(1) to exclude or to expel from its membership, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin;

(2) to limit, segregate, or classify its membership or applicants for membership, or to classify or fail or refuse to refer for employment any individual, in any way which would deprive or tend to deprive any individual of employment opportunities, or would limit such employment opportunities or otherwise adversely affect his status as an employee or as an applicant for employment, because of such individual's race, color, religion, sex, or national origin; or

(3) to cause or attempt to cause an employer to discriminate against an individual in violation of this section.

(d) Training programs

It shall be an unlawful employment practice for any employer, labor organization, or joint labor--management committee controlling apprenticeship or other training or retraining, including on-the--job training programs to discriminate against any individual because of his race, color, religion, sex, or national origin in admission to, or employment in, any program established to provide apprenticeship or other training.

(e) Businesses or enterprises with personnel qualified on basis of religion, sex, or national origin; educational institutions with personnel of particular religion.

Notwithstanding any other provision of this subchapter, (1) it shall not be an unlawful employment practice for an employer to hire and employ employees, for an employment agency to classify, or refer for employment any individual, for a labor organization to classify its membership or to classify or refer for employment any individual, or for an employer, labor organization, or joint labor management committee controlling apprenticeship or other training or retraining programs to admit or employ any individual in any such program, on the basis of his religion, sex, or national origin in those certain instances where religion, sex, or national origin is a bona fide occupational qualification reasonably necessary to the normal operation of that particular business or enterprise, and (2) it shall not be an unlawful employment practice for a school, college, university, or other educational institution or institution of learning to hire and employ employees of a particular religion if such school, college, university, or other educational institution or institution of learning is, in whole or in substantial part, owned, supported, controlled, or managed by a particular religion or by a particular religious corporation, association, or society, or if the curriculum of such school, college, university, or other educational institution or institution of learning is directed toward the propagation of a particular religion; SEC. 2000e-3. *[Section 704], in part:*

(a) Discrimination for making charges, testifying, assisting, or participating in enforcement proceedings

*It shall be an unlawful employment practice for an employer to discriminate against any of his employees or applicants for employment, for an employment agency, or joint labor-management committee controlling apprenticeship or other training or retraining, including on—the-job training programs, to discriminate against any individual, or for a labor organization to discriminate against any member thereof or applicant for membership, because he has opposed any practice made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter;*
**INVESTIGATIONS**

SEC. 2000e-8. *[Section 709], in part:*

(a) Examination and copying of evidence related to unlawful employment practices

In connection with any investigation of a charge filed under section 2000e-5 of this title *[section 706]*, the Commission or its designated representative shall at all reasonable times have access to, for the purposes of examination, and the right to copy any evidence of any person being investigated or proceeded against that relates to unlawful employment practices covered by this subchapter and is relevant to the charge under investigation:

Title VII of the Civil Rights Act of 1964 (the "Act") prohibits an employer from retaliating against an employee who has "made a charge, testified, assisted or participated in" any charge of unlawful discrimination under the Act.[1] To prove retaliation, a plaintiff has to show, among other elements, that he or she suffered an "adverse employment action." Until recently, federal courts were split as to the definition of that term. Some courts held, for example, that it had to be an "ultimate employment decision" such as hiring, terminating, promoting or compensating,[2] while others held that it was any "materially adverse change in the terms and conditions of employment," such as suspension without pay or demotion.[3]

On June 22, 2006, the United States Supreme Court resolved this split, issuing a decision which expands the rights of employees under Title VII. In *Burlington Northern Santa Fe Railroad Co. v. White*,[4] the Court held that an employer's actions will be considered an adverse employment action if the conduct "would have been *materially adverse* to a reasonable employee or job applicant," and the action could "dissuade a *reasonable worker* from making or supporting a charge of discrimination." In addition, the Court expanded the scope of the definition of "adverse employment action" by stating that it "extends beyond workplace-related or employment-related retaliatory acts and harms." This expansive definition, therefore, could include things that occur beyond everyday interactions in the office, such as vandalism, refusing to provide post-employment information (such as references), or continually calling or driving by an employee's home for intimidation purposes; and HATE.

## II. VENUE

2.  Venue is proper pursuant to: **28 U.S. Code § 1391**

## III. PARTIES

3.  Plaintiff, Robert Lee Manning Jr. (hereinafter "Plaintiff") was injured in this jurisdiction, and at all times have resided in Los Angeles County relative to this matter. Mailing contact: 14029 S. Hawthorne Blvd., Hawthorne, California, 90250, Los Angeles County.

4. Defendant, Space explorations technologies Corporations, a.k.a. Space X (hereinafter "Defendant" / Space X), at all times relative to this matter has its main business office situated and or located at: 1 Rocket Road, Hawthorne, California, 90250.

5. Defendant, Elon Musk (hereinafter "Defendant"), at all times relative to this matter has its main business office situated and or located at: 1 Rocket Road, Hawthorne, California, 90250.

## IV. STATEMENT OF FACTS

(6) On or about August 13, 2019, Plaintiff applied for the position of Project and Management Lead through Spartan University coordinator Ethel Jones (However, Plaintiff was already in communications with other Space X employees, instructing /coercing Plaintiff, 08-05-19. But Plaintiff continued following instructions hoping it led to employment promise, nonetheless. Mind the Court: **defendants / Space X employees already knew Plaintiff had fulfilled all the Space X "Production Manager" qualifications, and, in fact, more.**

**(See A)**

 However, they expressed a certain amount of worrisome Plaintiff started to sense (sensing example

below). It was like a specific ERAU situation: colleagues of Plaintiff's thereon, who once worked

with Plaintiff on several projects, expressed, on several occasions, that they didn't really like him,

and, in fact, were / are really racist. Yet, they would become shockingly intrigued after seeing

plaintiff's drawings and innovations. And after gathering Plaintiff's revealed work, would later drop

him sort of speak. Basically, Plaintiff has experience in sensing Fraud on the horizon as hereon with

defendants and or Space X its engineers. As Plaintiff is fully experienced in all types of illegal

systematic tricks and schemes. Just ask Security in the Royal Building. Example: there's an elder

Caucasian Lady who works the United States District Court Building Window, who sells copies for

an enormous amount of money all things considered. Every time Plaintiff enters to file a case (all of

which are later denied, mind the Court) when she's there, she creeps in low like a snake sort of speak

– completely focused on Plaintiff. And exhibiting the expression of her extreme negativity, always

appearing to be utilizing high levels of negative energy she tries to hide but it leaks out relative to

Plaintiff's positive and keen, she then asks Plaintiff a question. The same question several times over

while looking around like owl in the night, and or playing as though she cannot hear but really does.

It's as though someone about the Court she's connected to, is instructing her to conduct this illegal

bad model against Plaintiff. She then begins her Climax: The Lady is trying to provoke Plaintiff, but

she doesn't know that Plaintiff already knows she has Security on standby this [ILLEGAL]

CONSPIRACY of hers and or her agent (s). This Act can be proven by way of the United States

District Court's Security Camera System (s) throughout the entire building; not to mention Plaintiff is

sure people like: DA Jackie Lacie, Senator Kamala Harris CIA, FBI, etc., are all tied into it but

refused to arrest the situation / lady. After sensing the Court's Lady situation, Plaintiff politely

stepped away from her window. He then went to confirm what he was just told by the prior

professional gentleman. Professional Gentleman for the Court, in part: "Mr. Manning, if you can *see* that

your case is still in our computer system, all you have do is *to* write down the case number and page

information you want printed, and bring it to the last window. As those computers don't print. Then

you pay .50 per copy." As this is the same thing Plaintiff kept having to tell the LADY over and over.

The Lady in part, "Well if I have to copy the whole thing, you might as well go ahead and leave [me]

$300.00 or so." Plaintiff walked away from the LADY where he later confirmed with the above

gentleman. And after the Lady overheard the two communicating, realizing Plaintiff was on to her

scheme, she'd leave out or become nonchalant. As Plaintiff was not only right all along, opposing the

LADY's Act, but he would then exit the entrance way to go say "Hi to aprox. 3 to 4 waiting Federal

Security Agents *which* Plaintiff had already [ SENSED] ~~were~~ waiting for him, alerted by the Lady, hoping

this illegal model would work but did not. (Senator Bernie Sanders stated on the "Today Show" in a

81 interview, in part: "There are a hand full of people who illegally run the world, from the

Courthouse to the Whitehouse in some cases." Yet, even he has done nothing to effectively *to* match

*reprimand* with, since). No offense to the Guards as they may have not known what was going on, and, in fact,

have always been extremely professional with Plaintiff in the past. *Mind the Court.*

*Goards* ~~And~~ they were NEVER called in to reprimand Plaintiff for anything, however, though, they should

have been called in on the LADY. Moreover, Plaintiff to Security, in part: "Now you see, sir, that's

how you handle a situation .... when someone tries to provoke me to argument, I just walk away. I

don't allow bad manipulative behavior (s) to overtake me; especially when I know I'm right. And I

bet you guys want to know how I knew you were out here? The Security smiled in awe .... *a preciate* not to

mention appearing to be wondering how Plaintiff could be so, smart, on point, and aware of this

illegal and or questionable model being exhibited by the United States District Court Lady?"

Ethel Jones was concerned about Plaintiff's physical condition being on crutches. However, Plaintiff

was more concerned with facts and information he was being submitted and or gathered about

defendants. For instance: defendant Elon Musk as a California employer has 23 Policy Ruel for all

his employees and anyone trying to be employed by Space X.  Plaintiff questioned the defendant (s)

legalities of these Labor Violations ~~leading~~ *which may have controbases* to problems for Plaintiff. As Elon Musk "stated these 23

are just some of his "Rules" and or "Policies" in which he enforces at all of his alleged businesses, or

you're FIRED!"

## No Employee Discounts

*(23) companies offer their staff additional benefits as an incentive to use the products and services they promote. This serves to keep your employees happy and to recognize the importance they play in the success of the company. However, Elon Musk has asked employees to stick to a no discount policy, calling it "fundamental to our integrity." Musk has even gone as far as to 'take corrective action' against anyone found offering a discount on Teslas. In a company-wide email he confirmed that discounts on vehicles are against the company policy of uniform pricing and he has definitively ended the practice.*

## No Acronyms or Workplace Jargon Allowed

*(22) Acronyms are part and parcel of business-speak, but they have been banned at SpaceX. Elon Musk sent out a mass email titled 'Acronyms Seriously Suck.' In the email, he ordered that the use of acronyms had to stop immediately otherwise he would take drastic action. He went on to state that acronyms contained unnecessary words and were often confusing and difficult to remember, claiming employees didn't want to seem dumb when they didn't understand an acronym and sat there in ignorance. Later on, Musk did concede that some acronyms were necessary, but would need to be approved by Musk himself, before being used in the workplace. He was particularly angered by the use of RUD (Rapid Unscheduled Disassembly) used when the SpaceX Falcon 9 rocket spectacularly exploded.*

## Natural Body Odors Only

*(21) It is often joked that Elon Musk may be superhuman but he does display a heightened sensitivity to odors. So keen is his sense of smell that job candidates are instructed not to wear perfume or cologne when they meet him. In another instance, Musk apparently lost his cool at the smell of burning plastic that the vapors from a vat of liquid silicon were emitting, claiming the non-toxic fumes were going to end him. It seems somewhat odd then, that Musk himself has launched his own aftershave, described as a sophisticated and undiscovered new scent that embodies the attitude of pioneers. Presumably, it smells like a billion dollars.*

## Safety Markings Are Banned

(20) *Whilst it's clear that Tesla factories are not a safe place to work, the problem is exacerbated because of a lack of safety markings. The baffling reason behind this means that Elon's personal tastes have affected the factory's safety for the worst. Apparently, Elon Musk really hates the color yellow, which led to a company-wide policy of painting any safety guides in grey, the same color as the factory floor. Musk also has a phobia about having too many signs around, doesn't like caution tape or safety shoes and hates the sounds of forklifts reversing. Musk dismissed these claims previously as an ideologically motivated attack by union supporters, despite sources of this information not being involving with ongoing unionization efforts.*

## Maintaining Tools and Equipment Takes Too Much Time

(19) *Although Tesla cars are known to be incredibly safe, the factories where they are built have been plagued by numerous accidents and safety violations, partly due to lack of equipment maintenance. No part of the production line is allowed to be shut down for any reason so preventative maintenance schedules are often ignored. Two former paint shop employees claimed that at least three fires had broken out at the plant in the past two years due to poorly maintained tools. The lack of maintenance led to a buildup of paint on one of the machines and grounding straps. In one particular incident, sparks ignited the paint and turned the paint sprayer into a flamethrower.*

## Ambulances Are Not to Be Called Under [Any]

## Circumstances

(18) *In the likely instance that a Space X factory worker does get injured, staff at the in-house medical clinic are forbidden from calling 911 unless they get permission first. If the injury is not severe, workers are usually sent back to the production line without treatment. However, if an ambulance is required, it's official company policy to send the injured worker to the hospital in a Lyft instead. The reasoning behind this is to keep as many patients off the books as possible, in order to lower the reported injury rate, or at least reduce the severity of injuries being reported.*

## 40 Hour Weeks Are A Thing Of The Past

(17) *Elon Musk is famous for working up to 120 hours a week and expects his employees to do the same. In an anonymous interview, one SpaceX engineer worker revealed just how crazy it was working for the entrepreneur and self-confessed workaholic. Claiming that 'Elon's view of reality is highly skewed', he said that. Tesla employees have been known to work such long hours they even coined a name for their zombie, trance-like condition, the 'Tesla stare.' When Musk was questioned by one employee about when he would get to see his family, he noted that the employee was 'definitely not on board with Tesla's mission and values."*

### No, You Can't Have the Weekend Off

(16)   *According to many former employees, Musk does not care if they want to have any kind of life outside of work. He even once put his entire team on blast because not enough of them were working over the weekends. In an effort to cut down the reasons why his employees can't work weekends, Musk launched a new program that would allow employees to live at the Tesla campus in order to push their total weekly hours to 100, ensuring they had no choice but to work Saturday and Sundays. Apparently, Mr. Musk was overheard asking one of his managers "why do the workers need to go home?"*

### Large Workplace Meetings Are to Be Avoided

(15) *Meetings are one aspect of business that is tough to avoid. Elon Musk made his feelings clear that he isn't a fan of large meetings in a now-famous email. He stated that meetings are the enemy of creativity and almost always get worse over time. Musk encourages his employees to avoid all large meetings unless they are providing value to everyone who is attending. His solution to avoiding large meetings? Just walk out. Musk's reasoning being that it is not rude to leave, but it is rude to make someone stay and waste their time. These are words that anyone who has been stuck in a boring, unproductive meeting will read and cheer.*

### Meetings Must Not Be Attended Unless You Are Contributing

(14)      *Not known for his business etiquette, in a somewhat strange statement, Musk took aim at the scourge of useless and unproductive meetings. In an email that was sent to every employee, the SpaceX and Boring Company boss explained that he expects his staff to walk out of meetings or hang up the phone if they are not directly contributing. Clearly not concerned with what others may think of this he went on to clarify that it wasn't rude to do this, but it is rude to waste somebodies time. Although Elon Musk is difficult to keep up with, it's clear that he is not a fan of meetings.*

### Don't Be A Jerk

(13) *Elon Musk has said there is one quality he values above all others in his employees, and that is likeability. Admitting he looks for a positive attitude during the hiring process, he went on to explain that if you don't like the people you work with, your job is going to be very miserable. Although Musk refused to go into specifics, he confirmed that people had been fired from SpaceX for being jerks. Musk said even if someone is one of the brightest minds he has encountered, he has no interest in hiring them if he senses they may be rude to colleagues.*

### The River of Sewage That Must Be Crossed

(12)  *A worker in the paint shop at Tesla made an extraordinary claim that he and his colleagues were ordered to walk through a river of raw sewage that had spilled onto the floor of the California factory. One employee balked at the idea and was told to just walk through it because they had to keep the production line going. Four other employees said at the time they were under constant pressure to avoid production delays for any reason whatsoever and were not given the option to stop work while the plumbing issue was resolved. Elon Musk has since denied any knowledge of the incident.*

## There Is No Such Thing as Sick Leave

(11)  *The media has consistently scrutinized the lack of any safety culture within Tesla with several reports painting a particular troubling picture of Elon Musk himself. Back in 2015 he came under fire for scolding a Tesla employee who missed a company meeting to attend the birth of his child. The employee was blasted in an email from Musk, stating that he was extremely disappointed, and the new father needed to figure out where his priorities are. Other employees who have been placed on medical leave following a work injury have been prevented from returning to work. Musk has taken aim at any absenteeism in general, claiming that it is the reason behind some companies going bankrupt.*

## No Workplace Unions Allowed

(10)  *Tesla has long had a reputation for being anti-union, even though Elon Musk has officially stated that his position is neutral on the topic. Complaints from workers about being let go for engaging in efforts to unionize are common. If supervisors overhear production workers discussion unions, they are quick to shut down the conversation. One employee who was let go in August 2017 recounted how she was told by her colleagues to stop asking questions about unions and to shut up or she would be fired. Interviews with current employees suggest these intimidation tactics are still being implemented by upper and middle management.*
  ***In 2017, Tesla violated the National Labor Relations Act several times, <u>Bloomberg reports,</u> by threatening employees and retaliating against them, an administrative judge ruled today in California. Also, a May 2018 Elon Musk tweet — where Musk said that joining a union meant giving up Tesla stock options — was also illegal, the judge found.** Tesla fired one union supporter; the judge's order says this person should be reinstated with back pay. Another pro-union employee should have a warning rescinded. And Musk must be present at a meeting at the Tesla plant in Fremont, California where he or someone with the labor board reads aloud a notice to employees that Tesla broke the law.*



### Do Not Ask for A Pay Rise If You Value Your Job

*(9)* *Despite all employees having to sign confidentiality agreements, it's been widely reported that workers at the Fremont Tesla factory make far less than the typical U.S. automotive production worker. It's even been said that due to the low pay, workers rely on overtime to survive financially. Workers are often afraid to speak up, with employees who ask for a pay rise being fired at a moment's notice. The Tesla Gigafactory in Reno has been struggling to find employees due to the perception that the company doesn't pay enough for its employees to build a retirement or even be able to afford insurance.*

### Quotas Must Be Filled at All Cost

*(8)* *The production problems plaguing Tesla are no secret, with the company regularly failing to meet tough quotas. To meet the difficult self-imposed production targets for the Tesla Model 3, factory workers were provided free Red Bull energy drinks to help them battle exhaustion. The head of Tesla himself even took to sleeping on the floor of the Fremont, California factory so he didn't waste time traveling to and from home and was wearing the same clothes for up to 5 days at a time. The workplace demand became so intense that numerous employees developed stress fractures and repetitive strain injuries.*

### One-Way Conversations Only

*(7)* *Besides his long work weeks, Elon Musk is also infamous for his strange speaking style. Rather than viewing conversation as a two-way process, he only allows employees to speak with him if he thinks he can learn something from them, or if they have information that he needs to know. He has a very staccato way of speaking and will only let his employees talk while he is learning. Once he has caught on he either moves onto the next subject or shuts the*

*conversation down. Employees report that Musk will pepper them with questions and if the topic of conversation strays, Musk is very quick to interrupt.*

### The Independent Thought Alarm

**(6)** *Drawing upon an ancient philosophy named the First Principles Approach, Elon Musk has laid out further guidelines on how his employees are expected to think. This was outlined in a 2013 TED conference where Musk explained that things should be boiled down to the most fundamental truth, and then reasoned up from there. This allows any problem to be broken down into its core parts. This philosophical way of thinking was used to examine managerial expenses with managers required to show how they applied the First Principles Approach to their expense claims. Anyone who was unable to display a detailed first principles understanding was fired on the spot.*

### Rules Must Not Be Followed (Except This One)

*(5) Believing that everyone is gifted with common sense, Musk encourages employees to ignore company rules, and follow their own logic and intuition instead. Acknowledging that some company rules may seem ridiculous and unable to be applied to every situation, he believes that situations should be compared to a Dilbert cartoon. If any similarity is found, then employees are to disregard company procedure and figure out how to proceed for themselves. Admittedly this is more of a nod from Musk about what he values in an employee and the culture he prefers to operate in and is perhaps a welcome respite from his laser-sharp focus on productivity.*

### Do Not Respect the Chain of Command

*(4) Traditional companies usually operate under an organizational structure, also known as a 'chain of command.' This is to lay out clear lines of authority and decision-making power. Of course, it makes sense that at Tesla no such structure exists. Tesla employees are told that communication must travel the shortest path necessary to get the job done. Managers were also warned that anyone attempting to enforce the chain of command would soon be looking for a new job. The reasoning behind this unusual rule is that communication that is forced to follow a chain of command is a surefire way to end the great ideas that a company needs to be successful.*

### Unsafe Hazards Must Be Ignored (Try Not to Hurt Yourself)

**(3)** *One reason for the above-average injury rate at Tesla can be explained by the company's habit to ignore potential hazards in the workplace. A former employee in the health and safety department told the media that when she warned the company about a potential explosion hazard, she was told it would not be followed up because fixing the problem would require halting the production line. Emails to the chief of staff regarding safety were routinely ignored. The company uses hoists that were neither engineered nor inspected to lift heavy parts, resulting in numerous employee accidents. Employees were advised to come up with workarounds to any safety hazards and avoid disrupting the frantic pace of work.*

### All Injuries Must Be Hidden

**(2)** *The Tesla factory is known for not only its blistering production schedule, but its high number of workplace injuries and incidents. Workers at the factory have suffered fainting spells, abnormal breathing, chest pains, broken bones, burns, repetitive stress injuries and seizures. In order to keep the injury rate down, Tesla ceased recording any workplace injuries on legally mandated logs, used*

*to determine a company's injury rate. An independent investigation in November 2018 found that Tesla was actively hiding serious injuries from the government and sending injured workers back to the production line and told to work through their pain. A physician whistleblower who worked at the factory stated that her goal was to keep as many patients off the books as possible.*

## No Questions Allowed

(1) *For all of his intelligence and innovative vision, it's no secret that Elon Musk is prone to bouts of rage, often culminating in firing whoever is around him at the time. As a result, managers have warned staff not to ask questions, or raise concerns or objections. If anyone questioned directives from Musk, they would find themselves reassigned, demoted or terminated. Anyone who was known to be a skeptic or was known to push back was no longer invited to meetings. A former executive who reported to Musk claimed that every day he came to work wondering if it was going to be his last.*

**7.** Then according to Jason Blasdell, Elon Musk was ready to fire him for trying to do what would be considered the [RIGHT] thing to do regarding maintaining safety, case number BC615112;

**8.** Elon Musk's ability to obtain approval and or permits from Public Officials to Bore through the city of Los Angeles, case number: BS173523, This it was very disturbing to know how he was able to pull this off, especially considering DR. Sol Adoni's professional assessment of potential environmental disaster, relative earthquakes 8 or higher. However, the people of Brentwood, California sued and won;

**9.** Then Acts: the Boring Company, in part: Elon Musk's Boring Company has officially <u>landed</u> its first commercial contract: A $48.7 million project to build an <u>underground</u> transportation system around the Las Vegas Convention Center. The initiative has been dubbed the Campus Wide People Mover (CWPM), because its primary purpose is to move people around the facility. Authorities conjured up the project to go with the LVCC's expansion -- the whole facility will span 200 acres after all construction is done, and people would have to walk two miles to go from one end to the other. The Boring Company's "LVCC Loop" can take event attendees to their destination much faster. But, according to Las Vegas, Nevada's REAL Boring Company, Elon Musk is allegedly conducting Fraud and allegedly [stole] their name and then had / has the nerve to open his alleged

*which ~*

fraudulent business up in the same town, he allegedly stole the Boring company from, according to the actual Las Vegas Boring Company owner (s). They're currently underway prepping to sue Elon Musk., according to the Boring Company. Nonetheless, Plaintiff felt Elon Musk was going to finally be genuine to him, believing the content of his character would reflect in their relationship as Dr. King once stated.

10.    But then, and furthering, according to Dr. Sol Adoni, "the original founders of the modern Tesla Car Company sued Elon Musk for saying he founded the company." This made Plaintiff reevaluate the situation. According to Dr. Sol Adoni, Elon Musk just bought into the idea and didn't found it, although the case was settled out of court so Elon Musk can now claim being a 'founder' of Tesla Motors now known as "Tesla." Still, despite these being very damaging accusations, Plaintiff still felt he could come into a new agreement with Eon Musk and or Space X, changing how Space X and Elon Musk from their alleged illegal models of business to that of legitimacy.

11.    However, after the Mr. Ruan situation, Plaintiff could no longer overlook the broader spectrum of fraud up to and including the fraud against him by the defendants especially after Space X SECURITY situation: Space X inappropriately handled Plaintiff in front of the Public causing major humiliation to Plaintiff, all despite Plaintiff having proved he was actually invited to enter Space X by several of its engineer  employees, all purveying Mr. Conley for Space X at the time. Explained in detail later.  *Note to FRAUD / ACTS ;  α--*

12. Note: Space X settled a class action lawsuit for $4 million in which 4,100 employees alleged that the company refused to let employees take government mandated breaks during long workdays: A full third of the settlement or $1.3 million will go to the legal team leading the suit while the remaining balance will go directly to employees. The employees will be compensated based on their estimated personal impact ranging from $500 to $2,000 per person. The suit came to light when three

different suits filed from 2014 to 2015 were bundled together by Los Angeles Superior Court Judge Elihu M. Berle. Individual plaintiffs within the suit attempted to block the settlement, instead pushing for higher individual settlements but were denied. The settlement is not a windfall for SpaceX employees but will serve to compensate them for the allegedly denied breaks and set a stake in the sand for more employee-friendly policy at SpaceX moving forward. And this was all Plaintiff was trying to do, move forward.

13.  But then more negative information began pouring out about Space X and Elon Musk, and Plaintiff's concerns grew even more so.

14.  On or about August 16, 2019, Andy Ruan, Space X employee / Recruiter, and contact person for Ethel Jones, called Plaintiff, securing Plaintiff a position. However, Plaintiff missed his call. Mr. Ruan left a message on Plaintiff's telephone to this affect. Aprox. 3 minutes later, Plaintiff called Mr. Ruan back.

15.  However, the telephone went straight to voice mail. Plaintiff left several messages between that time and the next day, in which he continued calling Mr. Ruan, but to no avail.

16.  Plaintiff not only called Ethel Jones for an update, but to also convey to her that Mr. Ruan was strangely not answering [Plaintiff's calls and messages]. Ethel Jones assured Plaintiff Mr. Ruan was touring Plaintiff's resume throughout the plant as he promised him and her.

17.  And Elon Musk was very adamant: his own engineers stated he wanted Plaintiff's skill set and or what Plaintiff was already engaged in. Plaintiff later discovered this was / is the same model utilized by defendants: alleged fraud, deception, and manipulation for ideas and information.

18.  After confirming Plaintiff is the person who assisted Elon Musk's Falcon 9 project after FAA had him grounded him, defendant Elon Musk was very impressed. However, he nor his engineers could not accept Plaintiff's submission at first, because defendant Elon Musk felt it would be a "Conflict of Interest."

19.     But after Plaintiff assured Elon Musk and his engineers (liaison Mr. Conley) that he's not into

building traditional Rockets, that he's already been engaged in interstellar propulsion, and, in fact,

even before Space X's Starship project (In support, Plaintiff's Courts' Records hereon of said

vehicle's timeline VS. Elon Musk's Starship's timeline will prove this, preponderance of the

evidence), Space X engineers and defendant Elon Musk could be heard throwing their original

calculations in the trash can. Here's a rough draft drawing of Plaintiff's "TapOff" intellectual

property he submitted to FAA, Space X, and Blue

Origin, LLC.:



20. Engineers stated to Plaintiff that they had told him that defendant Elon Musk wanted Plaintiff to manage some parts of their program. So he suggested that Plaintiff sign up for a few managing positions available on their website, and once Mr. Ruan called him, Mr. Ruan will have been instructed, up to and including: a "7-year Contract," 6 or 7 figures for Plaintiff that would also depend on his participation of sharing 30-year-old interstellar research with Space X. In fact, this can still be heard on Plaintiff's recording message today.

- 17 COMPLAINT

21. Plaintiff explained he had no problem with that, but some of his material was tied up in an old McDonnell Douglas Aircraft Company deal, which their attorney was not only blocking but disobeying a Court Judges Order the WCAB its attached to it.

22. Defendant, in part: "Mr. Manning, I'm just curious, why didn't you attend the tour here at Space X with the other engineers with Mike?" Plaintiff, in part: "I apologize for that, but I was busy that day. However, I did send a representative in my stead. In fact, I showed up at his house afterwards to follow up, discovering not only had he went and purchased a mini-version of your machine, but he also had some of my research on his desk trying to develop it into an idea of his own. It was all based on your larger version of a machine."

23. On the day after that, Plaintiff was invited by Mr. Conley and or another engineer to come down to Space X. So, Plaintiff decided to take them up on their offer, yet this was about the same time the Falcon 9, Blue Origin, LLC, and the FAA were all becoming successful from Plaintiff's submission (s).

24. But when Plaintiff did attend Space X as requested to do so by defendant (s), Plaintiff was stopped by several Space X security agents and humiliated, as so stated.

25. The agents were inappropriately looking Plaintiff up and down, stating something to the affect, in part: "You expect us to believe Space X would allow someone who looks like you in here – ever?!" Continuing: "Sir, can you please show us some identification." Plaintiff complied. They then began taking pictures of Plaintiff along with their back and forth radio communications.

26. This is in aligh with the same Fraud model defendant Elon Musk and or Space X had been conducting as posey/ mentioned hereon and throughout and or as so stated by Dr. Sol Adoni; but now on Plaintiff.

27. Defendant Space X finally verified that Mr. Conley (retired McDonnell Douglas Aircraft employee hire out of retirement by Space X to assist their engineers with their Falcon 9 rocket) was

and or is within defendant's data base system as an employee. Not to mention, Plaintiff has a copy of his Space X badge, evidence to be presented at Jury Trial.

28.  The security apologized to Plaintiff, stating that they don't know how he was allowed in, but that Plaintiff must request a tour through email. And this was despite Plaintiff being there on business and not for a tour. Plaintiff complied and cordially exited the defendant's premises.

29.  After experiencing strange telephone behavior at defendant Space X, number (310) 970-5131, Plaintiff then asked the orthopedic doctor's front desk's secretary, "If he could use their telephone?" She said, "no problem," and handed Plaintiff their telephone's [L]andline. The secretary then dialed the telephone number above for Plaintiff.

30.  And almost immediately, Mr. Ruan picked right up.

31.  Mr. Andy Ruan was surprised to hear Plaintiff on the other end of the telephone line, he sounded like he fell out his desk chair. Plaintiff could "glean" from Mr. Ruan's astonished reactions employment discrimination was on the horizon fueled by retaliation and Fraud. Mr. Ruan, in part: "Mr. Manning, I'm looking at your resume, and it doesn't seem it's something like yourself could possibly know. Such highly technical physics and engineering type of work in it. Normally, white people know these types of things – not blacks." It was obvious Plaintiff was being manipulated, that Mr. Ruan either communicated with Elon Musk, Mike, Juarez Conley, the Space X engineers, and the defendants exhibiting their Fraud model (s). After Plaintiff disclosed his interstellar propulsion "Process" to defendants, they became very evasive. **See partial design in B.**

### V. FIRST CAUSE OF ACTION

### (Discrimination)

**32. Plaintiff fully sets paragraphs 1 through 31 hereon and throughout.**

33.  Defendant Space X discriminated against Plaintiff for employment specifically because of

*especially involving with him being on inventor / spacecraft*

Plaintiff's race, evident the comment (s) made by Mr. Ruan a part of the EEOC charge, in part:

**"Normally, white people do these types of things – not black people."**

34.  As Elon Musk has been known for exhausting the minds of bright individuals such as Plaintiff, manipulating him, and riding himself of Plaintiff as though he never even existed; especially knowing he's competition with the mind and skill set to make planet earth a multi-human-race before him, defendants' alleged racism (s).

35.  Elon Musk doesn't own the Universe, as it [is] Free enterprise domain. Space X is in violation: employment discrimination, the fair practice law, 18 USC, the Sherman Act, Civil Acts 1866, Section 1981 and or "economic inclusion" to say the least.

36.  And considering Elon Musk was able to buy himself a $20,000,000.00 get out of Federal Penitentiary free card sort of speak, the SEC, Plaintiff feels he will not get any fair treatment in this United States District Court either up to and including a fee waiver.

38.  Plaintiff could only imagine what the Federal government would have done to him had he remotely been in the same SEC violations situation as defendant Elon Musk; especially having no money as Mr. Musk.

39.  Further, Plaintiff request this Court to Order the defendants to compile all of the engineers who Plaintiff was in contact with purveying his said "TapOff" intellectual property, and to also Order the defendants to bring forth the illegally obtained pictures taken of Plaintiff, and as to why, accompanied with a complete paper trail handling of them, thereof.

40.  While considering all of the above Acts; the Boring Company, Jason Blasdell, Juarez Conley (Space X employee); Elon Musk's SEC violations (his alleged sole idea to colonize Mars while firing people, no union to back them up); Plaintiff's none compensated for said intellectual property

submission (s); and, the fact that Space X engineers admitted to Plaintiff Space X had no interstellar

propulsion project ahead of Plaintiffs, please take note: defendant Space X and Elon Musk cannot

one, pursuant ~

justify its relationship with Plaintiff as minor/prior the employment situation, if there's actual

[ evidence ] ~

transference of information and communications/as mentioned hereon and throughout, which the

defendants are intentionally misleading this Court from. This is: "actual Fraud." Thus, Plaintiff ask

that this Court recommend / request that the United States Attorney General review every aspect of

these allege Acts plead hereon and throughout, up to and including possible FAA involvement (s),

all activities during their grounding of the Falcon 9.

## Fraud

40 √ an ~

**41.**   Plaintiff fully sets paragraphs 1 thru 31 as fully set hereon.

42.   Defendant Space X employees and Elon Musk recognized Plaintiff as a federally certified

airman, fully capable of fulfilling the position promised. And Andy Ruan assured Plaintiff this

position, his recorded message to Plaintiff.

43. However, after being disseminated information in regard to the allegedly robbery to Plaintiff by

defendants Plaintiff's owed $150,000,000.00, Andy Ruan allegedly conspired with the defendants.

has ~

As this is not just your common case of employment discrimination, but it also a component of

retaliation. Space X, et al. wanted to ensure Plaintiff's failure, mostly regarding his own interstellar

~ they did all

propulsion project endeavors the defendants were / are jealous of, hating. This why this, + her

p ~ Note : why.

44. If defendant Space X, et al., once recognized Plaintiff worthy enough to work with their

engineers during their time spent grounded by the FAA, then why isn't Plaintiff worthy enough to do

~ ~

a more simpler job description, opposing what the Judge stated in Case number LACV 1909470 -



*[handwritten: and on]*

PSG-SK, same matter, if Fraud and or hate and or racism and or Public Corruption and or jealousy and or retaliation and or Fair Practice, etc., appearing to be the basis these Court decisions? *[handwritten annotations: are not ~ of ~ transles]*

Plaintiff was recognized as a leader and problem solver within the aerospace / space industry, *[handwritten: Space X ~]* demonstrated his intellectual property submission, yet not worthy now doesn't make any sense besides Fraud. In support: Plaintiff thought up, received engineering approval, hand crafted, and then *[handwritten: Actual ~]* installed another one of Plaintiff's intellectual properties,' the "Thrust Reverser" system for an MD-80 airplane, which, in fact, he's still owed $31,000,000.00 (less interest calculated, 92 thru 97 the Merger), WCAB case numbers: ADJ4513227, ADJ1517063, and ADJ413642; submitted his said "TapOff submission hereon the vertical rocket industry, accepted; (3) submitted his "Horizons Breaker Switch" system towards correcting Boeing 767 Max 8 /9 bad design airplanes its MCAS system, reviewed, etc., yet all of this and more. But Plaintiff is still treated with great disrespect, unfairly, and unjust by said defendants, industry, et al. Defendants are in violation: Plaintiff's Civil Rights, 1965.

Defendant's fraudulent telephone Act above – evidence, is no different from the manipulation Act (s): Elon Musk is the only private space company that's being allowed to act. Not to mention he *[handwritten: ~ at will to accomplish]* engages how he sees fit, ~~whereas~~ no African American is in competition to; or there are no black *[handwritten: But ~]* males as Plaintiff in high leading endeavor space and technology position, all throughout the United States. Plaintiff has the knowledge, experience, and an even higher levels of professionalism many aspects over the defendants. Less, however: over working of their employees as defendants; 80 hour work weeks defendants enforce on their workers; no ambulance allowed upon employee injury (s) under any circumstances "….call a Lyft if you're injured is the policy according to defendant Elon Musk."

There are not only any African American space and technology companies in the United States, but

Plaintiff's legitimate Corporation NOCH Technological Scientific Research Institute was also worthy

enough to work with Space X during its said grounding period, but not worthy to be compensated for

the work engaged in. This is further Fraud.  In support: the Fact that Plaintiff's interstellar process /

design, Photon 137 commonly known as the "Aurora Borealis Launch Vehicle" was placed on a

National Security "Hold" pursuant to 35 USC 1818, said to be currently research by NASA and their

devices such as MMS, LG1, AMS-02 and other devices, only then did defendant Space X's began to

throw the public's attention with a new "heavy metal" Starship (s) that's never intended for Mars.

This is a diversion to acquire and replicate Plaintiff's process / concept / design, etc., like Plaintiff's

previous intellectual property. The fact Plaintiff is seeking to build a vehicle that will safely get

citizens / his company to a "Goldie Lock Zone" planet (s), and or harness space and or placing

protective devices out in space to guard our beautiful planet from objects that could harm it in the

future, it caused for the defendants alleged fraudulent model to go larger. Point taken: defendants

have shown the appearance to have gone beyond retaliation and discrimination, all to destroy

Plaintiff's endeavors: As it appears that EEOC intentionally conspired with Space X, who, mind the

court, stated to Plaintiff, in part: "Mr. Manning, once we accept a charge, protocol is to investigate

Space X and all involving parties." But not only wasn't this the case after the EEOC and Space X

communicated, but the EEOC, appears to have also been  influenced by Elon Musk similar the

alleged Public Corruption lawsuits involving his Boring company, the many permits he somehow

obtained for a Boring company said by the original Boring company that's not really his. Diane

Franklin (EEOC Officer) retired after intentionally giving Plaintiff the wrong "Right to Sue" letter.

Believing the EEOC Plaintiff had the correct documents, Plaintiff then filed a case with this court.

The EEOC, in part: "Mr. Manning, you have everything you need to sue Space X in Federal Court."

However, after the District Judge stated otherwise: Plaintiff had to quickly dismiss his case without

prejudice, and then go through a separate hassling issue investigating a now brand-new component to

this discrimination case. And after confronting the EEOC about their alleged Fraud and or error, the

EEOC quickly tried covering their tracks. They scrambled to obtain Plaintiff's address from him

(misleading him as though they were asking Plaintiff for his address as a normal identifying

procedure, but were really trying to cover for their own alleged error; and, put Plaintiff through their

dismissive Act for days / weeks afterwards), and then placing it within their computer system

verbatim so it wouldn't look like they made a wrong. It was very unprofessional behavior, and stating

(EEOC), in part: "We never inputted you contact information in our system." And this was all despite

them first stating differently weeks ago; and, the fact that they mailed out the state's "Right to Sue"

letter." It didn't make any sense except the appearance of Fraud and in bed with the defendants

relative any investigation. Finally, after a long and exhausting chain of events, and Plaintiff following

instructions on how to speak with their supervision, who, mind the Court, continued wasting valuable

time ignoring Plaintiff, the EEOC finally admitted wrong doing, apologizing to Plaintiff for their

alleged error (s).

**See B  C  ᑭ**

The EEOC then extended Plaintiff's 90 day write to sue period; but, strangely started in only

from 12-11-19, however. Common sense would suggest that a Federal Office would extend

Plaintiff's 90-day period from the date in which they discovered their own mistake which taken up

Plaintiff's prosecution time all the way up to 2020. Note to the Court: this strange "error" activity up

to and including the EEOC lying about investigating the defendants, all began about the time Plaintiff

left EEOC Officer Diane Franklin many email messages (diana.franklin@eeoc.gov ) up to and

including Plaintiff relaying to the EEOC on how defendants were / are appearing to retaliate because they owe Plaintiff: $150,000,000.00 his intellectual contribution (s).

### 45. Retaliation: Considerations for Federal Agency Managers

Retaliation is the most frequently alleged basis of discrimination in the federal sector and the most common discrimination finding in federal sector cases. As EEOC works to address this issue **Space X is in violation:** Retaliation 42 U.S. Code § 12203; Civil Rights Act 1866 § 1981 and or "economic inclusion" Plaintiff's 1965 Civil Rights; Human Rights of 1948; The Sherman Act; Fair Practices; and 18 USC § 1341, Fraud.

## VI. REQUEST FOR RELIEF

46. Wherefore, Plaintiff alleges employment discrimination, he requests $3,000,000.00 (three million dollars in damages (USD)) in damages and or whatever a Jury Trial deices is a proper amount (s).

47. Wherefore, Plaintiff alleges Fraud, he requests $150,000,000.00 (one hundred and fifty million) USD for the defendant's Fraud, their Fraud (s) this case, and the Fraud involving Plaintiff's intellectual property owed to Plaintiff. Plaintiff will allow a Jury Trial to see in~~provenson detive~~ was / is on.

Plaintiff ~~being~~ worthy enough to work with defendant (s) Space X and or Mr. Elon Musk during the time FAA had them grounded (Falcon 9), yet seeking to lead this Court to believe he's not experienced enough and or worthy airman, et al., etc., today, it is totally untrue. An alleged act also involving retaliation.

## Verification

Plaintiff submits under penalty of perjury, that the above hereon and throughout is the truth to the best of his knowledge.

Dated: 03-11-20

Plaintiff, Robert Lee Manning Jr., in Pro Per

**JURY TRIAL DEMANDED**

DATED: 03-11-20

Plaintiff, in Pro per Robert Lee Manning Jr.

- 26 COMPLAINT

**SPACEX**

Apply Now   *08 - 05 - 19*   *Sr frame & power port Geel.*

# Production Supervisor

at SpaceX
Hawthorne, CA, United States

SpaceX was founded under the belief that a future where humanity is out exploring the stars is fundamentally more exciting than one where we are not. Today SpaceX is actively developing the technologies to make this possible, with the ultimate goal of enabling human life on Mars.

**PRODUCTION SUPERVISOR – PRECISION TUBE FABRICATION, OTW AND TIG WELDING**

The Precision Tube Fabrication team is looking for a supervisor to lead the team responsible for the orbital tube welding and TIG welding of precision tube assemblies. This role will involve the daily management of up to 30 technicians including work assignments, performance management, continuous improvement initiatives, and managing production schedules. The production supervisor must be an excellent problem solver and be able to navigate challenging circumstances on a daily basis.

**RESPONSIBILITIES:**

- Coordinate and steer the collective efforts of orbital tube welders, TIG welders, and supporting staff in the precision tube fabrication department
- Enforce area standards and policies including bi-annual reviews and performance management
- Interface with area leadership and prioritize work based on production schedule and organizational goals
- Schedule risk identification and mitigation
- Coordinate support organization efforts to minimize production interruptions
- Ensure product quality and conformance to specifications
- Improve area safety and efficiency through regular auditing and continuous improvement
- Establish and analyze area metrics for trend extrapolation to drive the following:
    - Personnel training and development
    - Development and implementation of efficiency improvement projects
    - Optimization of product flow through the factory
    - Root cause analysis and the implementation of corresponding corrective action plans
    - Identification and elimination of defects within the area value stream
    - Reduction of downtime for product and personnel
    - Identification and elimination of defects within the area value stream
    - Reduction of downtime for product and personnel

**BASIC QUALIFICATIONS:**

- Associate's degree
- 5 years of experience in a supervisor or production leadership role

**PREFERRED SKILLS AND EXPERIENCE:**

- Space X prior innovative skills

A

Photon 157
commonly known
is the :
i Anna Bereells Launch Vehicle

Very
Port-Less
Top
down
view.

engine Like,
Pylon
1

engine Like,
Pylon
2

allocated
roller/tumble
pagen
Research
80's
Research
to date

Speeds up to
1.67 Million Light Years
per Second.

Space X employee
Mike, et al. reformed
copies along with
other Research

Original Inventor

B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Los Angeles Direct Dial: (213) 894-1000
FAX (213) 894-1118
Website: www.eeoc.gov

Robert L. Manning, Jr.
14029 S. Hawthorne Blvd.
Hawthorne, CA 90250

Re:     Charge No.: 480-2019-04541
        Respondent: SPACE EXPLORATION TECHNOLOGIES CORP., D.B.A. AS SPACE X

Dear Mr. Manning:

On December 11, 2019, you visited our office indicating that you never received the Dismissal and Notice of Rights (also known as the Right To Sue letter) for the above reference charge, which was issued on August 29, 2019. Our records have been reviewed and it has been determined that EEOC made an administrative error in not ensuring a full address was included on the Right to Sue letter, which prevented the notice from being delivered to you by the US Mail. As stated on the letter, you have 90 days upon receipt of the enclosed Right To Sue to pursue the matter court. Therefore, 90-day period to file a charge in federal court would begin on December 11, 2019, which the date you were first provided a copy of the Right To Sue letter.

Should you have any questions regarding this notice, please contact Garrett Hoover, Intake Supervisor, at (213) 894-1090.

On Behalf of the Commission:

1/7/2020
Date

Rosa Viramontes, District Director
Los Angeles District Office

Enclosure: Dismissal and Notice of Rights, EEOC Charge No. 480-2019-04541

Cc:     Lindsay Chapman
        Human Resources Director
        SPACE EXPLORATION TECHNOLOGIES CORP., D.B.A. AS SPACE X
        1 Rocket Road
        Hawthorne, CA 90250