| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| Robert Lee Manning JR. 14029 S. Hawthorne Blvd. Hawthorne, CA, 90250 | 2020 MAR 11 PM 3:16 |
| ATTORNEY(S) FOR: | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Robert Lee Manning JR. Plaintiff(s), v. Space Explorations Technologies Corporation, a.k.a. SpaceX, Elon Musk, an individual, Defendant(s) | CASE NUMBER: CV20-02353-SVW-JPR CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Robert Lee Manning Jr.__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Space Explorations Technologies Corporation, a.k.a. SpaceX | Defendant |
| Elon Musk | Defendant |
| Robert Lee Manning Jr. | Plaintiff |

03-11-20
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Robert Lee Manning JR.

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES