UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Robert Lee Manning Jr.,<br><br>v.      **PLAINTIFF(S)**<br><br>Space Explorations Technologies Corporation et al.,<br><br>**DEFENDANT(S)** | CASE NUMBER<br><br>CV20-2353-SVW (JPRx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____      _____
Date                                  United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [x] Legally and/or factually patently frivolous
- [ ] Other: _____
- [x] District Court lacks jurisdiction
- [ ] Immunity as to _____

Comments: Plaintiff is a serial filer of complaints that have been dismissed as frivolous. This one is as well, with allegations of a conspiracy between a window clerk in the Roybal Federal Building and "DA Jackie Lacie [sic], Senator Kamala Harris CIA, FBI, etc." (see Compl. at 5) and that Elom Musk "was very impressed" by Plaintiff's work on his "Falcon 9 project," (id. at 15), this despite Plaintiff acknowledging in his IFP application that he has not worked since 1992. The Complaint is frivolous and must be dismissed. See Neitzke v. Williams, 490 U.S. 319, 325 (1989).

Date 3/18/2020                        United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that:
  - [ ] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - [x] This case is hereby DISMISSED immediately.
  - [ ] This case is hereby REMANDED to state court.

March 23, 2020                        United States District Judge
Date                                  STEPHEN V. WILSON